**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| GENO McINTOSH, | : | |
| Plaintiff, | : | Civ. No. 23-2775 (GC) (JBD) |
| v. | : | |
| NJDOC, | : | **MEMORANDUM & ORDER** |
| Defendant. | : | |

**CASTNER, District Judge**

Plaintiff, Geno McIntosh ("Plaintiff" or "McIntosh"), is a state prisoner currently incarcerated at the New Jersey State Prison in Trenton, New Jersey. He is proceeding *pro se* with a civil rights Complaint filed pursuant to 42 U.S.C. § 1983. (*See* ECF 1). He has also filed an application to proceed *in forma pauperis*. (*See* ECF 1-2).

Plaintiff's application to proceed *in forma pauperis* will be denied without prejudice. Indeed, the application is missing page 2 of the form which requires the Plaintiff to include relevant information for this Court to consider whether Plaintiff is in fact indigent. Because Plaintiff's application to proceed *in forma pauperis* is incomplete, this Court will also administratively terminate this case for docket management purposes. Plaintiff may seek to reopen this action by either paying the $402.00 filing fee or submit a complete application to proceed *in forma pauperis* within the time specified in this Memorandum and Order.

Accordingly, IT IS on this 25th day of May, 2023,

ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF 1-2) is denied without prejudice; and it is further

ORDERED that the Clerk shall administratively terminate this case; Plaintiff is informed that administrative termination is not a "dismissal" for purposes of the statute of limitations, and that if the case is reopened, it is not subject to the statute of limitations time bar provided the original complaint was timely; and it is further

ORDERED that Plaintiff may have the above-entitled case reopened, if, within thirty (30) days of the date of the entry of this Order, Plaintiff either pre-pays the $402 filing fee ($350 filing fee plus $52 administrative fee) or submits to the Clerk a proper complete *in forma pauperis* application; and it is further

ORDERED that upon receipt of a writing from Plaintiff stating that he wishes to reopen this case and a proper complete *in forma pauperis* application or filing fee within the time allotted by this Court, the Clerk will be directed to reopen this case; and it is further

ORDERED that the Clerk shall serve on Plaintiff by regular U.S. mail: (1) this Memorandum and Order; and (2) a blank form application to proceed *in forma pauperis* by a prisoner in a civil rights case.

*[signature]*
GEORGETTE CASTNER
United States District Judge